UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | )     Case No. 3:17-CV-117 |
| NAUTILUS INSURANCE COMPANY,<br>TRAILS END CAMPGROUND, LLC d/b/a<br>FULL THROTTLE EVENTS, AND STEVE<br>HOWARD,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| NAUTILUS INSURANCE COMPANY,<br>    Counter-Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| OWNERS INSURANCE COMPANY,<br>    Counter-Defendant, and | )<br>)<br>) |
| TRAILS END CAMPGROUND, LLC d/b/a<br>FULL THROTTLE EVENTS, and STEVE<br>HOWARD,<br>    Cross-Defendants,<br>and | )<br>)<br>)<br>)<br>)<br>) |
| MARLA HOWARD,<br>    Third-Party Defendant. | )<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Comes now Plaintiff/Counter-Defendant Owners Insurance Company, Defendant/Counter-Plaintiff Nautilus Insurance Company, Defendants/Cross-Defendants Trails End Campground, LLC, d/b/a Full Throttle Events, and Steve Howard, and Third-Party

Defendant Marla Howard, by and through undersigned respective counsel, and respectfully stipulate to the dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This dismissal is without prejudice. This dismissal without prejudice applies to all claims in this case specifically including the claims by Plaintiff, the counterclaim, crossclaim, and third party claims of Nautilus Insurance Company. This stipulation of dismissal without prejudice concludes this case.

Respectfully submitted this 22nd day of October, 2019.

**WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC**

By: *s/*Dean T. Howell
 Howard E. Jarvis, BPR #006673
 Dean T. Howell, BPR #022130
 Post Office Box 900
 Knoxville, Tennessee 37901-0900
 (865) 215-1000

 *Attorneys for Plaintiff Owners Insurance Company*

**QUIST, FITZPATRICK & JARRARD, PLLC**

By: *s/*Brian C. Quist by permission confirmed in email
 Brian C. Quist, BPR #012762
 800 S. Gay Street, Suite 2121
 Knoxville, TN 37929

 *Attorneys for Defendants Trails End Campground, LLC d/b/a Full Throttle Event, Steve Howard and Marla Howard*

2

**EGERTON, McAFEE, ARMISTEAD & DAVIS, PC**

By: *s/*Reuben N. Pelot, IV, by permission confirmed in email
    Reuben N. Pelot, IV, BPR #014986
    900 S. Gay Street, Suite 1400
    Knoxville, TN 37902

**PHELPS DUNBAR, LLP**

By: *s/*Alexis P. Joachim by permission confirmed in email
    Alexis P. Joachim
    Douglas M. Kleeman
    Jay Russell Sever
    Canal Place
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

*Attorneys for Defendant Nautilus Insurance Company*

3

4373634.1
Case 3:17-cv-00117-RLJ-DCP   Document 58   Filed 10/22/19   Page 3 of 4   PageID #: 1534

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

          *s/*Dean T. Howell
          Dean T. Howell, Esq., BPR 022130

          WOOLF, McCLANE, BRIGHT,
           ALLEN & CARPENTER, PLLC
          Post Office Box 900
          Knoxville, Tennessee 37901-0900
          (865) 215-1000

4

4373634.1
Case 3:17-cv-00117-RLJ-DCP   Document 58   Filed 10/22/19   Page 4 of 4   PageID #: 1535